Decision Per Curiam.

---

W. B. Barnett and John C. L'Engle, Plaintiffs in Error, vs. Ellen J. Conant, Ida B. Lynch and Thomas E. Lynch, her husband, and Lulu Bell Conant and

Marcus Conant, minors, Defendants in Error.

Writ of Error to Circuit Court, Duval county.

*Adams & L'Engle and Cooper & Cooper*, for Plaintiffs in Error.

*D. U. Fletcher and H. B. Phillips*, for Defendants in Error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants, and the plaintiffs take writ of error.

Writ of error dismissed on motion of counsel for defendants in error.